**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-3892

Stiletto Carlucci Luciano,             *
                                          *
        Appellant,                  *
                                          *     Appeal from the United States
        v.                        *     District Court for the
                                          *     District of Minnesota.
Walter Sass, Lt.,               *        [UNPUBLISHED]
                                          *
        Appellee.                  *

_____

Submitted: February 2, 1998

Filed: February 6, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
    Judges.

_____

PER CURIAM.

Stiletto Carlucci Luciano appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having reviewed the record and the submissions on appeal, we conclude that the judgment of the district court was

_____

[1]The Honorable Michael James Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

correct and that an extended opinion is not warranted.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.